UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD J. BUCKMASTER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | Civil No. 06cv2765-L(BLM)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD AND VACATING HEARING DATE** |

  On January 31, 2007, Defendant California Department of Transportation electronically filed a pleading styled as "Defendant State of California, Department of Transportation's Notice of Motion and Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1); and Notice of Motion and Motion to Provide a More Definitive Statement Pursuant to Federal Rules of Civil Procedure 12(e); Memorandum of Points and Authorities in Support Thereof." (Docket no. 4.)  This pleading is unsigned, as is the Certificate of Service which is included as the last page of the pleading.  It therefore does not comply with the Electronic Case Filing Administrative Policies and Procedures Manual§ 2(f) (Signatures).

  The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** the pleading styled as "Defendant State of California, Department of Transportation's Notice of Motion and Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1); and Notice

1 of Motion and Motion to Provide a More Definitive Statement Pursuant to Federal Rules of Civil
2 Procedure 12(e); Memorandum of Points and Authorities in Support Thereof,"docket entry no.
3 4, filed January 31, 2007.  The hearing date set for March 12, 2007 on Defendant's motions is
4 hereby **VACATED**.

5     **IT IS SO ORDERED**.

7 DATED:  March 6, 2007

                                           M. James Lorenz
                                           United States District Court Judge

10 COPY TO:

11 HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

12 ALL PARTIES/COUNSEL