UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD J. BUCKMASTER, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>              Defendants. | Civil No. 06cv2765-L(BLM)<br><br>**GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSING ACTION WITHOUT PREJUDICE** |

On May 1, 2007, the parties filed a Joint Motion for Dismissal, seeking to dismiss the action without prejudice with each party to bear its own attorney's fees and costs. The joint motion is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), the action is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 2, 2007

                                                    M. James Lorenz<br>
                                                    United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

06cv2765